UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JOSE HERNANDEZ, ) | No. CV 09-2623-VAP (PLA) |
| Plaintiff, ) | |
| ) | **JUDGMENT** |
| v. ) | |
| MICHAEL J. ASTRUE, ) COMMISSIONER OF SOCIAL ) SECURITY ADMINISTRATION, ) | |
| Defendant. ) | |

Pursuant to the order adopting the magistrate judge's report and recommendation, IT IS ADJUDGED that the decision of the Administrative Law Judge is reversed and this action is remanded for further administrative proceedings.

DATED: June 30, 2010

/s/ Virginia A. Phillips
HONORABLE VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE